FILED

2013 MAY 22  PM 2:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

WEINTRAUB TOBIN CHEDIAK
 COLEMAN GRODIN
Anjani Mandavia (SBN 94092)
 amandavia@weintraub.com
Lisa Y. Wang (SBN 274724)
 lwang@weintraub.com
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax:       (310) 550-7191

Attorneys for Plaintiff Mark Hunter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MARK HUNTER, an individual,

    Plaintiff,

    v.

FOREVER 21, INC., a California Corporation; and FREEZE, A DIVISION OF CENTRAL MILLS, INC., a New York Corporation

    Defendants.

CASE No. CV13-03675 PSG (FFMx)

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**
[F.R.Civ.P 38]

## INTRODUCTION

1.    This is an action by MARK HUNTER ("Plaintiff" or "Hunter"), an individual, to recover damages arising from the infringement of his copyrighted photograph by Defendants FOREVER 21, INC. ("Forever 21"), and FREEZE, a division of CENTRAL MILLS, INC ("Freeze") (herein referred to as "Defendants"), and to enjoin Defendants from future infringement. Defendants reproduced, distributed, publicly displayed, and sold items bearing Mr. Hunter's copyrighted photograph without his knowledge or permission.

///
///

4362477v1

## THE PARTIES

2. Plaintiff is informed and believes, and on that basis alleges, that Forever 21 is a California corporation, headquartered at 2001 South Alameda Streets, Los Angeles, California 90058, that owns and operates a chain of fashion retail stores selling apparel and accessories. Plaintiff is informed and believes, and on that basis alleges, that Forever 21 operates and maintains over 480 retail stores throughout the world, and operates and maintains a website by and through which its items can be viewed and purchased by individuals throughout California and the world.

3. Plaintiff is informed and believes, and on that basis alleges, that Freeze is a division of Central Mills, Inc., a New York corporation headquartered at 1400 Broadway, Suite 1605, New York New York, 10018. Plaintiff is informed and believes that Freeze designs, sells, manufactures, and distributes licensed and private label clothing to retail stores throughout the United States, including Forever 21.

4. Plaintiff Mark Hunter ("Plaintiff" or "Hunter") is a renowned photographer who is closely associated with the current youth fashion and party scene. His work has appeared in cutting edge fashion periodicals and he is often given editorial assignments to photograph up-and-coming designers and artists. Hunter is sometimes referenced by his professional name, "Mark Cobrasnake," and maintains a website of some of his work at www.thecobrasnake.com (the "Website"). Hunter also sells t-shirts, accessories, and other items of apparel through the Website.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement claims pursuant to 17 U.S.C. §§101, *et. seq.*, and 28 U.S.C. §§ 1331 and 1338(a).

///

6. Venue is proper in this District pursuant to 28 U.S.C. Section 1391(b) and 1391(c), as this is a judicial district in which a substantial part of the events giving rise to the claims asserted herein arose, and in which a substantial part of the injury to Plaintiff took place and continues to take place.

## FIRST CAUSE OF ACTION

(Federal Copyright Infringement)

7. On or about March 30, 2010, Plaintiff was hired by Exit Magazine to take photographs for a fashion editorial featuring the model Atlanta de Cadenet Taylor. Plaintiff published a series of out-takes of this photo shoot on his Website as follows: http://thecobrasnake.com/guest%20checks/atlantaexit.html

8. Plaintiff is the copyright owner of all the photographs taken during this photo shoot, including the out-takes published on his Website. Included on his Website was a close up of Ms. de Cadenet Taylor wearing a black wide brimmed hat, looking at the camera from an angle, and holding a leopard-print coat that covers most of her face so that only her eyes and part of her nose are visible (the "Subject Photograph"). A true and correct copy of the Subject Photograph is attached as Exhibit A.

9. Plaintiff applied for and received a Copyright Registration in the Subject Photograph with the United States Copyright Office, Reg. No. VA1-841-725. A copy of the Certificate of Registration is attached hereto as Exhibit B.

10. In or around May 2012, Plaintiff became aware that Forever 21 was selling a sweatshirt on its websites and in its stores titled "Dangerous Intrigue," containing a copy of the Subject Photograph (the "Infringing Sweatshirt"). A true and correct copy of an image of the Infringing Sweatshirt is attached as Exhibit C. A screenshot of the Forever 21 webpage that sold the Infringing Sweatshirt is attached as Exhibit D.

11. Plaintiff is informed and believes that Defendant Freeze is the maker and distributor of the Infringing Sweatshirt. Plaintiff is informed and believes, and

on that basis alleges, that the Infringing Sweatshirt was commissioned by Forever 21, to be sold exclusively in Forever 21 stores and on Forever 21's website.

12. Plaintiff has previously granted licenses for the use of his copyrighted images on apparel. However, Plaintiff did not give his authorization or permission to Freeze, Forever 21, or to any other party to use the Subject Photograph on the Infringing Sweatshirt or in any other manner. Further, the Infringing Sweatshirt is contrary to the type and quality of apparel with which Plaintiff has previously chosen to be affiliated.

13. For their own profit and advantage, Defendants, without authorization, copied, distributed, publicly displayed, and sold for profit the Subject Photograph as contained on the Infringing Sweatshirt. Accordingly, Defendants' conduct violates the exclusive rights belonging to Plaintiff as copyright owner of the Subject Photograph, including and without limitation Plaintiff's rights under 17 U.S.C. § 106.

14. As a direct and proximate result of Defendants' conduct as herein alleged, Plaintiff has been damaged in a sum according to proof at trial.

15. Plaintiff is informed and believes, and on that basis alleges, that as a direct and proximate result of their wrongful conduct, Defendants have realized profits and other benefits rightfully belonging to Plaintiff, which profits and amounts can only be determined through an accounting, and subject to proof at trial.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

A.. Ordering Defendants to account to Plaintiff for all gains, profits, and advantages derived by Defendants, and each of them, by their infringement of Plaintiff's copyright;

B. Ordering Defendants to forfeit all their profits resulting from their infringing conduct to Plaintiff pursuant to 17 U.S.C. § 504(b);

1      C.    Awarding Plaintiff actual damages for Defendants' copyright infringement pursuant to 17 U.S.C. § 504(b);

     D.    Awarding Plaintiff his costs and disbursements in this action, pursuant to 17 U.S.C. § 505; and

     E.    Awarding Plaintiff such other and further relief as is just and proper.

DATED: May 22, 2013

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION

By: _____
Lisa Y. Wang
Attorney for Plaintiff Mark Hunter

4362477v1

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury for all of the issues raised by the claims alleged in this action which are so triable.

DATED: May 22, 2013

WEINTRAUB TOBIN CHEDIAK COLEMAN
GRODIN LAW CORPORATION

By: _____
Lisa Y. Wang
Attorneys for Plaintiff Mark Hunter

**EXHIBIT A**





EXHIBIT "A"

**EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-841-725**

Effective date of registration:

September 26, 2012

---

## Title

**Title of Work:** ATLANTA FOR EXIT

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 9, 2010    **Nation of 1st Publication:** United States

## Author

- **Author:** mark alan hunter
  **Pseudonym:** thecobrasnake
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States
  **Year Born:** 1985

## Copyright claimant

**Copyright Claimant:** mark alan hunter
1147 n sycamore, los angeles, CA, 90038, United States

## Rights and Permissions

**Name:** mark hunter
**Email:** mark@thecobrasnake.com    **Telephone:** 310-49

## Certification

**Name:** mark hunter
**Date:** September 26, 2012

EXHIBIT "B"

Handy Scanner for Android

**EXHIBIT C**



EXHIBIT "C"

**EXHIBIT D**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

### CV13- 3675 PSG (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Anjani Mandavia 94092 Lisa Y. W   ; 274724
Weintraub Tobin Chediak Coleman Grodin
   Law Corporation
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Ph: (310) 858-7888  Fax: (310) 550-7191
amandavia@weintraub.com; lwang@weintraub.com
Attorneys for Plaintiff,
MARK HUNTER, an individual

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARK HUNTER, an individual

PLAINTIFF(S)

v.

FOREVER 21, INC., a California Corporation; and
FREEZE, A DIVISION OF CENTRAL MILLS, INC.,
a New York Corporation

DEFENDANT(S).

CASE NUMBER

**CV13-03675-PSG (FFMx)**

**SUMMONS**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ ____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Lisa Y. Wang, whose address is 9665 Wilshire Boulevard, Ninth Floor Beverly Hills, California 90212. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY 22 2013

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                    SUMMONS                    American LegalNet, Inc.
                                                             www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I.(a) PLAINTIFFS ( Check box if you are representing yourself ☐ )<br>MARK HUNTER, an individual | DEFENDANTS ( Check box if you are representing yourself ☐ )<br>FOREVER 21, INC., a California Corporation; and FREEZE, A DIVISION OF CENTRAL MILLS, INC., a New York Corporation |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Anjani Mandavia 94092; Lisa Y. Wang 274724<br>Weintraub Tobin Chediak Coleman Grodin Law Corporation<br>9665 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, California 90212<br>Ph: (310) 858-7888  Fax: (310) 550-7191 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify):
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Sections 501, et seq. Plaintiff has filed this action against Defendants for copyright infringement of Plaintiff's photo which was used on an item clothing without his permission.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | Habeas Corpus: | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 485 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV13-03675

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| MARK HUNTER - Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| FOREVER 21, INC. - Los Angeles | FREEZE, A DIVISION OF CENTRAL MILLS, INC. - New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _/s/ Lisa Y. Wang_  **DATE:** May 22, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 18 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com