WEINTRAUB TOBIN CHEDIAK COLEMAN
GRODIN LAW CORPORATION
Anjani Mandavia (SBN 94092)
*amandavia@weintraub.com*
Lisa Y. Wang (SBN 274724)
*lwang@weintraub.com*
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191

Attorneys for Plaintiff Mark Hunter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARK HUNTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21, INC., a California Corporation; FREEZE, A DIVISION OF CENTRAL MILLS, INC., a New York Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE No. 2:13-CV-03675-PSG (FFMx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(F.R.Civ.P. Rule 41(a)(1))<br><br><br>Action Filed: May 23, 2013<br>Trial Date: None Set |

4373221v1

STIPULATION OF DISMISSAL WITH PREJUDICE

1  The parties to this action hereby stipulate to dismiss this action with prejudice
2  in its entirety and as against all parties, pursuant to Federal Rule of Civil Procedure
3  41(a)(1), with each party to bear its own fees and costs of suit.

5  DATED: September 10, 2013

By: _____
Lisa Y. Wang
Attorney for Plaintiff Mark Hunter

10 DATED: September __, 2013

By: _____
Jeffrey Dweck
Attorney for Defendant Freeze, A Division of
Central Mills, Inc.

16 DATED: September 4, 2013

By: _____
Young Kwon
Attorney for Defendant Forever 21, Inc.

4373221v1

2

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action hereby stipulate to dismiss this action with prejudice in its entirety and as against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs of suit.

DATED: September __, 2013

By: _____
Lisa Y. Wang
Attorney for Plaintiff Mark Hunter

DATED: September 3, 2013

By: _____
Jeffrey Dweck
Attorney for Defendant Freeze, A Division of Central Mills, Inc.

DATED: September __, 2013

By: _____
Young Kwon
Attorney for Defendant Forever 21, Inc.

4373221v1

2

STIPULATION OF DISMISSAL WITH PREJUDICE