WEINTRAUB TOBIN CHEDIAK COLEMAN
GRODIN LAW CORPORATION
Anjani Mandavia (SBN 94092)
amandavia@weintraub.com
Lisa Y. Wang (SBN 274724)
lwang@weintraub.com
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax:        (310) 550-7191

Attorneys for Plaintiff Mark Hunter

E-FILED 09/12/13

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARK HUNTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21, INC., a California Corporation; FREEZE, A DIVISION OF CENTRAL MILLS, INC., a New York Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE No. 2:13-CV-03675-PSG (FFMx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Action Filed:  May 23, 2013<br>Trial Date:    None Set |

In accordance with the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety and against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs of suit.

Dated: 9/11/13

**PHILIP S. GUTIERREZ**
Judge of U.S. District Court

4373224v1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE